UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ASHLEY WALTHOUR, et al,

        Plaintiffs,

vs.

CHIPIO WINDSHIELD REPAIR, LLC, et al,

        Defendants.

CIVIL ACTION FILE

NO. 1:12-cv-1491-AT

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Defendant's to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 27th day of February, 2013.

        JAMES N. HATTEN
        CLERK OF COURT

    By:  s/ Harry F. Martin
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 27, 2013
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
      Deputy Clerk